v. *City of Carrollton*, 252 U. S. 1, 5–6. *Mr. John A. Mc-Clure* for plaintiff in error. *Mr. R. B. Brown* for defendant in error.

---

No. 17. EDWARD C. WARD *v.* STATE OF WASHINGTON ET AL. Error to the Supreme Court of the State of Washington. Argued October 6, 1921. Decided October 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Gasquet* v. *Lapeyre*, 242 U. S. 367, 369–370. *Mr. W. F. Magill,* with whom *Mr. H. S. Wilson, Mr. Donald MacMaster* and *Mr. Geo. A. Brodie* were on the briefs, for plaintiff in error. *Mr. L. L. Thompson,* with whom *Mr. Nat. U. Brown* was on the brief, for defendants in error.

---

No. 171. R. D. LANGAN ET AL. *v.* CITY OF LOUISVILLE. Error to the Court of Appeals of the State of Kentucky. Argued October 4, 1921. Decided October 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Manhattan Life Insurance Co.* v. *Cohen,* 234 U. S. 123, 136; *Consolidated Turnpike* v. *Norfolk, &c. Ry. Co.,* 228 U. S. 596, 600. *Mr. John Bryce Baskin,* with whom *Mr. Alex. Pope Humphrey* was on the brief, for plaintiffs in error. *Mr. Harry E. Tincher,* with whom *Mr. Jos. S. Lawton* and *Mr. M. H. Thatcher* were on the briefs, for defendant in error.

---

No. 229. TENNESSEE, ALABAMA & GEORGIA RAILROAD COMPANY *v.* W. M. DRAKE. Error to the United States Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss submitted October 10, 1921. Decided October 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444; (2) Section 3, Act of September 6, 1916, c. 448, 39 Stat. 726,